JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILMON.TV NETWORKS, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>VIXS SYSTEMS, INC., a corporation organized under the laws of Canada; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No.: 2:14-cv-09136-MWF-RZx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Michael W. Fitzgerald |
| VIXS SYSTEMS, INC., a corporation organized under the laws of Canada,<br><br>    Counter-Claimant,<br><br>    v.<br><br>FILMON.TV NETWORKS, INC., a Delaware Corporation,<br><br>    Counter-Defendant. | |

[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1. The joint stipulation of dismissal with prejudice submitted by Plaintiff and Counterdefendant FilmOn.TV Networks, Inc. ("FilmOn"), on the one hand, and Defendant and Counterclaimant VIXS Systems, Inc. ("VIXS"), on the other hand, has been considered by this Court. Good cause having been shown, IT IS HEREBY ORDERED:

    1. The Court dismisses all of the claims, defenses, and counterclaims among FilmOn and VIXS in Case No. 14-cv-09136 with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and (c);

    2. Each Party will bear its own costs and attorneys' fees.

DATED: September 8, 2015     _____

                           UNITED STATES DISTRICT JUDGE